UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OILMAR CO., LTD. PANAMA

                Petitioner,

- against -

MEANDROS SHIPPING COMPANY, LTD.,

                Respondent.

04 Civ. 7032 (JGK)

**OPINION & ORDER**

For the reasons stated on the record on May 6, 2005, the respondent's motion to dismiss is denied without prejudice to renewal after a sixty-day period of discovery limited to the issue of personal jurisdiction over Respondent Meandros Shipping Company, Ltd.

**SO ORDERED.**

Dated:    New York, New York
            May 6, 2005

                                      John G. Koeltl
                                United States District Judge